UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RAFAEL ZAMORA ZAMORA,
Petitioner,

v.

DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; PATRICK DIVVER, Director of Field Operations, San Diego Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center,
Respondents.

Case No.: 3:26-cv-03993-LEK-JAC

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Rafael Zamora Zamora ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus 28 U.S.C. § 2241 ("Petition") on July 11, 2026. [Dkt. no. 1.] On August 4, 2026, this Court issued an order granting the Petition in part ("8/4 Order"). [Dkt. no. 5.] The 8/4 Order directed the respondents, identified in the Petition as David Venturella, Acting Director, Immigration and Customs Enforcement ("ICE"); Patrick Divver, Director of Field Operations, San Diego Field Office, ICE; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; and Christopher J. LaRose, Warden, Otay Mesa Detention Center ("Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 8/4 Order by August 11, 2026. [Id. at 4.]

On August 17, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 6.] The parties report that, on August 10, 2026, Petitioner was granted release under bond, subject to conditions. [Id. at 1.].

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 8/4 Order and to close this case immediately.

IT IS SO ORDERED

DATED AT HONOLULU, HAWAII, September 9, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**RAFAEL ZAMORA ZAMORA VS. DAVID VENTURELLA ET AL.; CASE NO. 3:26-cv-03993 LEK-JAC; MINUE ORDER DIRECTING THE ENTRY OF JUDGMENT**